UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DALE HENDRICKSON,　　　　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　　　04-CV- 3276 (SJ)
　　　　　　　　　Petitioner,

　-against-

UNITED STATES OF AMERICA,

　　　　　　　　　Respondent.
------------------------------------------------------------X

A Memorandum and Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on April 4, 2005, denying petitioner's motion; and denying a Certificate of Appealability; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying petitioner's motion; and that a Certificate of Appealability is denied.

Dated: Brooklyn, New York
　　　　May 02, 2005

　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court